IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11-CR-6 ALM |
| | § | |
| RAMON HUMBERTO MARTINEZ | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on March 20, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Jay Combs.

On September 16, 2011, Defendant was sentenced by the Honorable Marcia A. Crone, United States District Judge, to a sentence of fifty-one (51) months imprisonment followed by a five (5) year term of supervised release for the offense of Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Methamphetamine. Defendant completed the period of imprisonment and was immediately transferred to the custody of the U.S. Immigration and Custody Enforcement officials, and subsequently deported to El Salvador. This case was transferred to the Honorable Amos L. Mazzant, III, on January 14, 2015.

On February 15, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 1950). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; and (2) As a condition of supervised release, immediately upon release from

confinement, Defendant shall be surrendered to a duty authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. § 1101, et seq. If ordered deported, Defendant shall remain outside the United States. In the event Defendant is not deported, or for any reason re-enters the country after having been deported, Defendant shall comply with all conditions of supervised release, to include reporting to the nearest United States Probation Office within seventy-two hours of release by immigration officials or re-entry into the country.

The Petition alleges that Defendant committed the following violations: (1) On or about January 27, 2019, Defendant committed the offense of Reentry of Deported Alien, Title 8 U.S.C. § 1326(a) and (b)(1), by virtue of being present in the United States illegally, as evidenced by his arrest by the Richardson, Texas, Police Department on this date. According to an incident report, officers with the Richardson, Texas, Police Department responded to a suspicious person report and discovered Defendant sitting in a vehicle parked in the backyard area of a residence. Upon the officers contacting Defendant, Defendant reportedly identified himself by name and provided his date of birth. The officers conducted a further check, and discovered Defendant had two outstanding warrants from the Dallas County Sheriff's Office for probation violations. The warrants were confirmed by the Dallas County Sheriff's Office, and Defendant was placed under arrest and booked into the Richardson City Jail. Defendant was transferred to the Dallas County Sheriff's Office on or about January 28, 2019. As of this writing, Defendant remains in custody on the probation violation warrants, as well as a hold from immigration officials.

At the hearing, Defendant entered a plea of true to allegation 2.  Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this

Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the March 20, 2019, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of ten (10) months, with no supervised release to follow.

**SIGNED this 21st day of March, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE